UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

BRUCE DEL TURCO, et al.,

                    Plaintiff,    <u>ORDER</u>

     - against -              CV 2003-6379 (ARR)(MDG)

FLORENCE XVI CENTURY MARBLE, INC., et ano
,

                    Defendant.

- - - - - - - - - - - - - - - - - - - -X

Counsel for plaintiffs has advised that Maria Baretta, the only defendant remaining in this action, has filed a petition in bankruptcy under Chapter 7 of the Bankruptcy Code. Because this action against Ms. Baretta is automatically stayed pursuant to 11 U.S.C. § 362, this action is administratively closed. The plaintiffs may seek to have this matter to be re-opened if and when the Bankruptcy Court grants them relief from the automatic stay or if, upon conclusion of the bankruptcy proceeding, the claims in this action are not discharged. Any application must be filed within two months after any such action by the Bankruptcy Court.

    **SO ORDERED.**
Dated:    Brooklyn, New York
            November 29, 2005

                                              ALLYNE R. ROSS
                                              UNITED STATES DISTRICT JUDGE